# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHER NEVADA, *et al.*,

    Plaintiffs,

vs.

SHOW PLUS LV, LLC, *et al.*,

    Defendants.

2:14-cv-02129-RCJ-VCF

**ORDER**

    Before the court is Plaintiffs' Motion for Leave to File Second Amended Complaint (#17).

    To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Here, it would seem that Defendants have consented to the granting of the motion. Under LR 15-1(b), Plaintiffs must file and serve the Second Amended Complaint by August 19, 2015.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint (#17) is GRANTED. The Second Amended Complaint must be filed and served by August 19, 2015.

    IT IS SO ORDERED.

    DATED this 14th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE