# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SHOW PLUS, LV, LLC., *et al.*,<br><br>Defendants. | Case No.:  2:14-CV-02129-RCJ-VCF<br><br>**ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

Presently before the Court, is Plaintiffs' Motion for Entry of Clerk's Default of Show Plus LV, LLC, American Polysource, Inc. and Tony Tao (ECF #28); and Motion for Default Judgment Against Defendants Show Plus LV, LLC, and American Polysource, Inc. (ECF #30).   Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, January 15, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 7th day of January, 2016.

_____
ROBERT C. JONES
District Judge