Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br>Plaintiffs,<br><br>vs.<br><br>SHOW PLUS LV, LLC, a Nevada limited liability company; AMERICAN POLYSOURCE, INC., dba SHOW PLUS (USA), a California corporation; TONY TAO, an individual,<br><br>Defendants. | CASE NO. 2:14-cv-02129-RCJ-VCF<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, the Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and the Teamsters Convention Industry Training Fund, by and through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, hereby

/ / / /

/ / / /

dismiss this action with prejudice against Defendants, Show Plus LV, LLC, American Polysource, Inc. dba Show Plus (USA) and Tony Tao.

Dated: July 12, 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes

Adam P. Segal, Esq.
Bryce C. Loveland, Esq.
Christopher M. Humes, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

IT IS SO ORDERED this 12th day of July, 2016.

ROBERT C. JONES

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101